# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

BRAD LUND,                                )
                                          )
    Plaintiff,              )
                                          )
v.                                        )          No. 3:11-cv-00590
                                          )
DIVERSIFIED ADJUSTMENT                    )
                                          )
SERVICE, INC.,                            )
                                          )
    Defendant.              )

NOW COMES the Plaintiff, BRAD LUND, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  September 23, 2011          RESPECTFULLY SUBMITTED,

                                    _/s/ Michael S. Agruss_____
                                    Michael S. Agruss
                                    CA Bar #: 259567
                                    Krohn & Moss, Ltd.
                                    10 N. Dearborn St.
                                    3rd Floor
                                    Chicago, IL 60602
                                    Tel: 323-988-2400 x235
                                    Fax: (866) 620-2956
                                    Email: magruss@consumerlawcenter.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on September 23, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.


By: _/s/ Michael S. Agruss____
          Michael S. Agruss