UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| BRAD LUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-cv-00590-bbc |
| | ) | |
| DIVERSIFIED ADJUSTMENT | ) | VOLUNTARY DISMISSAL |
| | ) | |
| SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL

BRAD LUND (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DIVERSIFIED ADJUSTMENT SERVICE, INC., (Defendant), in this case.

DATED:  October 17, 2011          RESPECTFULLY SUBMITTED,

_/s/ Michael S. Agruss____
Michael S. Agruss
CA Bar #: 259567
Krohn & Moss, Ltd.
10 N. Dearborn St.
3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: (866) 620-2956
Email: magruss@consumerlawcenter.com

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on October 17, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

            By: /s/ Michael S. Agruss____
              Michael S. Agruss